# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STIRLING CIVIL ENGINEERING LIMITED,<br><br>               Plaintiff,<br>    v.<br><br>GOVERNMENT OF THE UNITED REPUBLIC OF TANZANIA,<br><br>               Defendant. | No. 1:17-cv-02116-RC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stirling Civil Engineering Limited hereby gives notice that the above-captioned action against Defendant Government of the United Republic of Tanzania is voluntarily dismissed.

Dated: March 29, 2018
        Washington, D.C.

Respectfully submitted,

  /s/ Robert K. Kry
Robert K. Kry (D.C. Bar #490545)
James A. Barta (D.C. Bar #1032613)
MOLOLAMKEN LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
Tel.: (202) 556-2011
Fax: (202) 556-2001
rkry@mololamken.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 29, 2018, the foregoing document was filed and served on all parties by ECF.

    /s/ Robert K. Kry    
Robert K. Kry
